IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER MASON BOBBITT**                             **PETITIONER**
**#154597**

v.                  **CASE NO. 4:24-CV-00293-BSM**

**U.S. MARSHALS,** *et al.*                                     **RESPONDENTS**

**ORDER**

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted and petitioner Christopher Bobbitt's section 2241 petition is dismissed without prejudice.

I remind Bobbit's counsel, however, that Rule 1.4 of the Arkansas Rules of Professional Conduct requires a lawyer to, among other things: "reasonably consult with the client about the means by which the client's objectives are to be accomplished; . . . keep the client reasonably informed about the status of the matter; . . . [and] promptly comply with reasonable requests for information." Ark. R. Pro. Conduct 1.4. These duties are especially important when the client is deprived of his liberties.

IT IS SO ORDERED this 24th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE