IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER MASON BOBBITT**                                                         **PETITIONER**
**#154597**

v.                              CASE NO. 4:24-CV-00293-BSM

**U.S. MARSHALS,** *et al.*                                                              **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE